UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ISIAH A. VINCENT | § | CIVIL ACTION NO. |
| | § | |
| VS. | § | |
| | § | |
| HARVEY GULF INTERNATIONAL MARINE, LLC, HARVEY GULF INTERNATIONAL MARINE INCORPORATED, and HARVEY DEEP-SEA, LLC | § § § § § | SEC.          MAG. |

**PLAINTIFF'S ORIGINAL COMPLAINT**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

NOW INTO COURT, through undersigned counsel, comes Plaintiff Isiah A. Vincent ("Plaintiff"), complaining of Defendants Harvey Gulf International Marine, LLC, Harvey Gulf International Marine, Incorporated and Harvey Deep-Sea, LLC (collectively "Harvey" and/or "Defendants"), and, for cause of action, would respectfully show unto this Honorable Court as follows:

**I.  PARTIES**

1.1     Isiah A. Vincent, is a citizen and resident of Terrebonne Parish, Louisiana.

1.2     Defendant Harvey Gulf International Marine, LLC, is a Louisiana limited liability company with a principal place of business in this District, doing business in this District for the purpose of accumulating monetary profit, and may be served with process in accordance with Rule 4(h), Fed.R.Civ.P., through its registered agent, Robert A. Vosbein, Jr., 701 Poydras Street, New Orleans, Louisiana 70139.

1.3     Defendant Harvey Gulf International Marine, Incorporated, is a Louisiana corporation with a principal place of business in this District, doing business in this District for the purpose of accumulating monetary profit, and may be served with process in accordance with Rule 4(h), Fed.R.Civ.P., through its registered agent, Shane J. Guidry, 1901 Manhattan Boulevard, Building H, Suite 200, Harvey, Louisiana 70058.

1.4     Defendant Harvey Deep-Sea, LLC, is a Louisiana limited liability company with its principal place of business in this District, doing business in this District for the purpose of accumulating monetary profit, and may be served with process in accordance with Rule 4(h), Fed.R.Civ.P., through its registered agent, Robert A. Vosbein, Jr., 701 Poydras Street, New Orleans, Louisiana 70139.

## II.  JURISDICTION

2.1     This case is brought in admiralty, pursuant to 28 U.S.C. § 1333, and the general maritime law.

## III.  VENUE

3.1     Venue is proper in this matter pursuant to the admiralty and maritime laws of the United States, Rule 82 Fed. R. Civ. P.

## IV.  FACTS

4.1     At all material times hereto, Defendants owned, operated and/or crewed the M/V *Harvey Deep-Sea*, the offshore supply vessel involved in the incident made the basis of this suit, a vessel operating in navigable waters.

4.2     At all material times hereto, Plaintiff was employed by Longnecker Properties as a rigger, working on the *Harvey Deep-Sea.*

4.3     On or about September 23, 2013, Plaintiff and members of the crew were moving equipment on the vessel, and as Plaintiff was holding onto a sling, he was violently jerked by the vessel's crane operator, causing Plaintiff to sustain bodily injury.

4.4     The injuries suffered by Plaintiff were caused by the negligence and/or gross negligence of Defendants, and unseaworthiness of the vessel, in the following particulars, among others:

(a)     failing to maintain the vessel and her appurtenances and/or equipment in a safe and reasonable state of repair;

(b)     failing to take reasonable precautions for Plaintiff's safety;

(c)     failing to provide Plaintiff, an invitee, with a reasonably safe place to work;

(d)     other acts of negligence and/or omissions to be shown at trial herein.

## V.  DAMAGES

5.1     As a direct and proximate result of Defendants' negligence and/or gross negligence, Plaintiff suffered the following injuries and damages, including, but not limited to: (a) mental anguish in the past and future; (b) lost earnings; (c) loss of earning capacity; (d) disfigurement in the past and future; (e) physical impairment in the past and future; (f) medical expenses in the past and future; (g) physical pain and suffering in the past and future; (h) punitive damages.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays for judgment against Defendants for: actual damages in an amount exceeding the jurisdictional limits of this Court; prejudgment and postjudgment interest; punitive damages and attorney's fees; costs of suit; and all other relief to which he may be entitled.

*Signature follows–*

Respectfully submitted,

*/s/ Walter Naquin, Jr.*
Walter Naquin, Jr. (#09891)
P. O. Box 127
Thibodaux, LA 70302
Telephone:     985.447.9554
Email: butchnaquin@bellsouth.net

**OF COUNSEL**

SPAGNOLETTI & CO.
Marc Evan Kutner
State Bar No.  11770575
401 Louisiana Street, 8th Floor
Houston, Texas 77002
Telephone:     713-653-5600
Facsimile:      713-653-5656
Email:             mkutner@spaglaw.com

*Attorneys for Plaintiff*